WILLIAM HOYT, Respondent, *v.* METROPOLITAN STREET
RAILWAY COMPANY, Appellant.

*Hoyt* v. *Metropolitan Street Ry. Co.,* 73 App. Div. 249, affirmed.
(Argued May 8, 1903; decided June 9, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
18, 1902, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Thomas D. Adams* and *Arthur C. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN and VANN, JJ.
Dissenting: PARKER, Ch. J., and HAIGHT, J. Not sitting:
GRAY, J.

---

DAVID R. MORSE et al., Appellants, *v.* ALBERT J. WHEELER
et al., Respondents.

*Morse* v. *Wheeler,* 68 App. Div. 428, affirmed.
(Argued May 15, 1903; decided June 9, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 16, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court
on trial at an Equity Term.

*Adelbert Moot* and *Henry W. Sprague* for appellants.

*Spencer Clinton* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN,
CULLEN and WERNER, JJ.